```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 64233
   MCKINLEY TRIPLETT
   BRENDA J TRIPLETT                          CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0059     SSN XXX-XX-7040

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 12/30/2005 and was confirmed 03/16/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was paid in full 04/14/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
 FIRST NATIONAL BANK       CURRENT MORTG         .00            .00            .00
 FIRST NATIONAL BANK       MORTGAGE ARRE     1625.21            .00        1625.21
 FREEDMAN ANSELMO & LINDB  NOTICE ONLY     NOT FILED            .00            .00
 MIDFIRST BANK             CURRENT MORTG         .00            .00            .00
 MIDFIRST BANK             MORTGAGE ARRE     1959.38            .00        1959.38
 ADVOCATE BETHANY HOSPITA  UNSEC W/INTER   NOT FILED            .00            .00
 VATIV                     UNSEC W/INTER    1224.45          125.50        1224.45
 CAPITAL ONE               UNSEC W/INTER   NOT FILED            .00            .00
 AT & T WIRELESS           UNSEC W/INTER   NOT FILED            .00            .00
 COMMONWEALTH EDISON       UNSEC W/INTER   NOT FILED            .00            .00
 DIVERSIFIED ADJUSTMENT S  NOTICE ONLY     NOT FILED            .00            .00
 EMERGE MASTERCARD         UNSEC W/INTER   NOT FILED            .00            .00
 EMERGENCY MEDICAL SPECIA  UNSEC W/INTER   NOT FILED            .00            .00
 HOUSEHOLD                 UNSEC W/INTER   NOT FILED            .00            .00
 JEFFERSON CAPITAL SYSTEM  NOTICE ONLY     NOT FILED            .00            .00
 RICHARD R DELLACROCE      NOTICE ONLY     NOT FILED            .00            .00
 MARVIN TIESENGA MD        UNSEC W/INTER       67.00           7.22          67.00
 NCO FINANCIAL SYSTEMS     NOTICE ONLY     NOT FILED            .00            .00
 NICOR GAS                 UNSEC W/INTER   NOT FILED            .00            .00
 OAK PARK HOSPITAL         UNSEC W/INTER   NOT FILED            .00            .00
 PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     855.93           87.76         855.93
 PHILLIPS & COHEN ASSOC    NOTICE ONLY     NOT FILED            .00            .00
 PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER    2295.82          235.38        2295.82
 CITY OF CHICAGO WATER DE  SECURED NOT I      19.00            .00            .00
 LEGAL HELPERS PC          DEBTOR ATTY     2,200.00                       2,200.00
 TOM VAUGHN                TRUSTEE                                          665.92
 DEBTOR REFUND             REFUND                                         2,445.43

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 64233 MCKINLEY TRIPLETT & BRENDA J TRIPLETT
```

```
TRUSTEE                                     13,795.00

PRIORITY                                                             .00
SECURED                                                         3,584.59
UNSECURED                                                       4,443.20
    INTEREST                                                      455.86
ADMINISTRATIVE                                                  2,200.00
TRUSTEE COMPENSATION                                              665.92
DEBTOR REFUND                                                   2,445.43
                                            ---------------  ---------------
TOTALS                                      13,795.00           13,795.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 10/16/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 64233 MCKINLEY TRIPLETT & BRENDA J TRIPLETT